IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: HEILIG-MEYERS COMPANY, et al., <br><br> Debtors. <br><br> HEILIG-MEYERS COMPANY, el al., <br><br> Appellants, <br><br> v. <br><br> WACHOVIA BANK, N.A., et al., <br><br> Appellees. | Civil Action Number 3:05CV250-JRS |

**<u>ORDER</u>**

THIS MATTER comes before this Court upon Appellant HEILIG-MEYER COMPANY's Appeal from the United States Bankruptcy Court for the Eastern District of Virginia.  Upon due consideration, and for the reasons stated in the accompanying Memorandum Opinion, the decision of the Bankruptcy Court, <u>In re: Heilig-Meyers Company</u>, Case Nos. 00-34533-DOT through 00-34538-DOT, Adv. Proc. No. 02-6158-DOT, (Bankr. E.D. Va., Dec. 21, 2004), is hereby AFFIRMED.

Appellants are ADVISED that they may appeal from this Order by filing notice of appeal with the Clerk of the United States District Court within thirty (30) days from the date that this Order is entered.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this  15th  day of AUGUST, 2005

                                     /s/ James R. Spencer

                                     JAMES R. SPENCER
                                     UNITED STATES DISTRICT JUDGE